CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Francisco Javier RODRIGUEZ<br><br>DOB: xx-xx-2000<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-05789 MJ |

Complaint for violation of Title 18 United States Code § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 7, 2020, in the District of Arizona, Francisco Javier Rodriguez knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: 1,875 rounds of .223 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 7, 2020, Francisco Javier Rodriguez exited the United States and entered the Republic of Mexico as the driver of a vehicle through the Port of Entry in Nogales, Arizona. After exiting the United States, Rodriguez was directed to stop within the Mexico Port of Entry by Mexican Municipal Police. Rodriguez attempted to evade police, crashed his vehicle within the Mexico Port of Entry, and fled on foot. Inside the vehicle, Mexican authorities discovered 1,875 rounds of .223 caliber ammunition. United States Homeland Security Investigations (HSI) was notified of the incident, and HSI agents determined through border crossing records that Rodriguez was the driver of the particular vehicle.

On February 19, 2020, Rodriguez entered the United States from Mexico through the Port of Entry in Nogales, Arizona. HSI agents responded and interviewed Rodriguez about the incident on January 7, 2020. After waiving his *Miranda* rights, Rodriguez stated that he was the driver of the vehicle that had crashed in the Mexican Port of Entry. Rodriguez further stated that he was aware of the ammunition found inside the vehicle, and that he had agreed to transport it into Mexico on behalf of a criminal organization in exchange for $600-700. Rodriguez stated that he had taken possession of the ammunition in Nogales, Arizona, placed it in his vehicle, and drove it into Mexico. Rodriguez stated that he had done this on nine occasions, and that he was presently entering the United States to obtain additional ammunition to smuggle into Mexico. Rodriguez stated he did not have a license to export ammunition from the United States into Mexico, and knew it was illegal to do so.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

N/A

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Donny Fields, HSI Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 20, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54